FILED

**PLAINTIFF/PETITIONER/MOVANT'S NAME** *PAUL BASHKIN*

08 AUG -8 PM 3: 01

**PRISON NUMBER** —

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**PLACE OF CONFINEMENT** —

BY: _____ DEPUTY

**ADDRESS** *P.o. Box 881846*
*San Diego, CA 92168*

## United States District Court
### Southern District Of California

*PAUL BASHKIN*

_____
Plaintiff/Petitioner/Movant

*SAN DIEGO COUNTY,*         v.
*KLWARD KLUGE, individually o in his official capacity*
*BRET GARRETT, individually o in his official capacity*
*and DOES 1-100, inclusive,*

_____
Defendant/Respondent

Civil No. **'08 CV 1450 WQH RBB**

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, *PAUL BASHKIN*
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?    Yes    (No)    (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?              |Yes    |No
   Do you receive any payment from the institution?    Yes    No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed?  Yes  (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____ *Self-employed* _____

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    (Yes)  No
   b. Rent payments, royalties interest or dividends    Yes  (No)
   c. Pensions, annuities or life insurance    Yes  (No)
   d. Disability or workers compensation    Yes  (No)
   e. Social Security, disability or other welfare    (Yes)  No
   e. Gifts or inheritances    Yes  (No)
   f. Spousal or child support    Yes  (No)
   g. Any other sources    (Yes)  No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   a) Employment                $2,500(approx. total)    None
   e) Social Security            $1,441 per month         $1,441 each month
   g) settlement                $5,785 lumpsum           None

4. Do you have any checking account(s)?    (Yes)  No
   a. Name(s) and address(es) of bank(s): _Wells Fargo bank - 401 B street, SD_
   b. Present balance in account(s): _$470.00_

5. Do you have any ~~savings~~/IRA/money market/CDS' separate from checking accounts?    (Yes)  No
   a. Name(s) and address(es) of bank(s): _Wells Fargo Bank - 401 B street SD_
   b. Present balance in account(s): _$1,349 (for rent owed)_

6. Do you own an automobile or other motor vehicle?    Yes  (No)
   a. Make: _____    Year: _____    Model: _____
   b. Is it financed?    Yes  No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

Yes ☐    (No) ⊗

If "Yes" describe the property and state its value. _____

_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

*None*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

$ 300,000.00+ = Various attorneys/law firms
$15,000.00+ = Various financial institutions

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

*None*

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.


I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.


DATE 5/8/08        _____
                   SIGNATURE OF APPLICANT